UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON XAVIER JOHNSON #428544,

     Plaintiff,

                             Case No. 1:25-cv-760

v.

                             HONORABLE PAUL L. MALONEY

ROBERT GOODSPEED, et al.,

     Defendants.

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant Jeffrey Clouse filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 2, 2026, recommending that this Court grant the motion and dismiss without prejudice Plaintiff's claim against Defendant Jeffrey Clouse.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 44) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 18) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claim against Defendant Jeffrey Clouse is DISMISSED without prejudice.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).


Dated:  March 31, 2026                                         /s/  Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge